WWR# 21401175

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>John Stapleton<br>                  Debtor<br><br>KeyBank, N.A.<br>                  Movant | CASE NO. 17-17793-amc<br>CHAPTER 7<br><br>**Hearing Date: 03/26/2018**<br>**Hearing Time: 11:00 am** |

## REQUEST FOR ADMISSIONS

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1. The Respondent/Debtor, John Stapleton, has failed to make the payments that were due to Movant on the dates listed below and in the amounts listed below:

    (a) Fourteen (15) monthly payment of $489.02, due on 12/07/2016 through and including 02/07/2018.

                      Respectfully Submitted

                WELTMAN, WEINBERG & REIS CO., L.P.A.

                  /s/ Nathalie Paul
                  Nathalie Paul
                  170 S. Independence Ave
                  Suite 874 W
                  Philadelphia, PA 19106
                  (267) 940-1643   (215) 599-1505 fax
                  Attorney for Movant