**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John Stapleton** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **17-17793** |

■ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:  List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|

**2.1** **Chase Auto Finance**
Creditor's Name

**National Bankruptcy Dept**
**201 N Central Ave Ms Az1-1191**
**Phoenix, AZ 85004**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2015 SUBARU CROSSTREK 51000 miles**

| Column A | Column B | Column C |
|---|---|---|
| $24,296.00 | $18,000.00 | $6,296.00 |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred **3/27/17**    Opened **03/15** Last Active

Last 4 digits of account number **2304**

---

**2.2** **Digital Fed Credit Uni**
Creditor's Name

**220 Donald Lynch Blvd**
**Marlborough, MA 01752**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2014 CHEVROLET SILVERADO**

| Column A | Column B | Column C |
|---|---|---|
| $35,650.00 | Unknown | Unknown |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **John Stapleton**

First Name          Middle Name          Last Name

Case number (if know)    **17-17793**

☐ **Check if this claim relates to a community debt**

☐ Other (including a right to offset) _____

| | |
|---|---|
| Date debt was incurred **4/07/17** | **Opened 07/15  Last Active** |

Last 4 digits of account number    **7141**

---

| 2.3 | **Ditech** | Describe the property that secures the claim: | $172,219.00 | $262,688.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy
Po Box 6172
Rapid City, SD 57709**

Number, Street, City, State & Zip Code

**16 Acres Ave West Yarmouth, MA 02673  Barnstable County**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| | |
|---|---|
| Date debt was incurred **12/31/16** | **Opened 07/04  Last Active** |

Last 4 digits of account number    **2726**

---

| 2.4 | **Harley Davidson Financial** | Describe the property that secures the claim: | $20,516.00 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Attention: Bankruptcy
Po Box 22048
Carson City, NV 89721**

Number, Street, City, State & Zip Code

**2015 HARLEY DAVIDSON SOFTAIL SLIM S**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| | |
|---|---|
| Date debt was incurred **10/30/16** | **Opened 03/16  Last Active** |

Last 4 digits of account number    **4113**

---

| 2.5 | **Keybank NA** | Describe the property that secures the claim: | $18,463.00 | Unknown | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Key Bank; Attention: Recovery Payment Pr 4910 Tiedeman Road (Routing Code: 08-01- Brooklyn, OH 44144**

Number, Street, City, State & Zip Code

**2005 Caparral Cabin Cruiser Caparral Cabin Cruiser VIN# 1ZEADRTG45A015962**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

Debtor 1    **John Stapleton**                                                Case number (if know)    **17-17793**
_____
First Name      Middle Name      Last Name

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

■ Debtor 1 only                            ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                               car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another  ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a         ☐ Judgment lien from a lawsuit
    community debt                         ☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.6 | **PNC Bank Credit Card** | Describe the property that secures the claim: | $100,049.00 | $262,688.00 | $9,580.00 |

Creditor's Name

**16 Acres Ave West Yarmouth, MA
02673  Barnstable County**

**Po Box 5570**
**Mailstop  BR- YB58-01-5**          **As of the date you file, the claim is:** Check all that
**Cleveland, OH 44101**               apply.
_____    ☐ Contingent
Number, Street, City, State & Zip Code  ☐ Unliquidated
                                       ☐ Disputed

**Who owes the debt?** Check one.       **Nature of lien.** Check all that apply.

■ Debtor 1 only                            ☐ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                               car loan)
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another  ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Check if this claim relates to a         ☐ Judgment lien from a lawsuit
    community debt                         ☐ Other (including a right to offset) _____

                    **Opened
                    11/08/05
                    Last Active**
Date debt was incurred  **12/02/16**    Last 4 digits of account number    **6719**

Add the dollar value of your entries in Column A on this page. Write that number here:     **$371,193.00**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:                                                                    **$371,193.00**

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is
trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more
than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any
debts in Part 1, do not fill out or submit this page.

☐   Name, Number, Street, City, State & Zip Code
    **Chase Auto Finance**                       On which line in Part 1 did you enter the creditor?    **2.1**
    **Po Box 901003**
    **Ft Worth, TX 76101**                       Last 4 digits of account number  ___

☐   Name, Number, Street, City, State & Zip Code
    **Ditech**                                   On which line in Part 1 did you enter the creditor?    **2.3**
    **332 Minnesota St Ste 610**
    **Saint Paul, MN 55101**                     Last 4 digits of account number  ___

☐   Name, Number, Street, City, State & Zip Code
    **Harley Davidson Financial**                On which line in Part 1 did you enter the creditor?    **2.4**
    **Po Box 21829**
    **Carson City, NV 89721**                    Last 4 digits of account number  ___

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor 1 | **John Stapleton** | | | Case number *(if know)* | **17-17793** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

☐
Name, Number, Street, City, State & Zip Code
**Nathalie Paul**
**170 S INDEPENDENCE**
**Philadelphia, PA 19106**

On which line in Part 1 did you enter the creditor?    **2.5**

Last 4 digits of account number ___

---

☐
Name, Number, Street, City, State & Zip Code
**PNC Bank Credit Card**
**Po Box 3180**
**Pittsburgh, PA 15230**

On which line in Part 1 did you enter the creditor?    **2.6**

Last 4 digits of account number ___

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy