WWR# 21401175

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> John Stapleton <br>     Debtor <br><br> KeyBank, N.A. <br>     Movant | CASE NO. 17-17793-amc <br> CHAPTER 7 <br><br> Hearing Date: 03/26/2018 <br> Hearing Time: 11:00 am |

## ORDER

AND NOW, this __26th__ day of __March__, 2018, upon failure of the Debtor to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED and DECREED that:

KeyBank, N.A. be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral a: 2005 Caparral Cabin Cruiser, Serial # FGBF1687J405 and 2005 EZ-Loader Trailer VIN# 1ZEADRTG45A015962

_____
HONORABLE Ashely M. Chan
U.S. BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Nathalie Paul, 170 S. Independence Ave, Suite 874 W, Philadelphia, PA 19106

Debtor:
John Stapleton, 44 Surrey Way, Exton, PA 19341

Debtor's Counsel:
Richard N. Lipow, 629 Swedesford Road, Malvern, PA 19355

Trustee:
Michael H Kaliner, 350 South Main Street, Suite 105, Doylestown, PA 18901

United States Trustee:
United States Trustee, 833 Chestnut St., Suite 500, Philadelphia, PA 19107