United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17793-amc
John Stapleton                                                            Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP          Page 1 of 1          Date Rcvd: Mar 26, 2018
                            Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2018.
db        John Stapleton,   44 Surrey Way,   Exton, PA 19341-1640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2018 at the address(es) listed below:
        KEVIN G. MCDONALD   on behalf of Creditor   Ditech Financial LLC KMcDonald@blankrome.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        MICHAEL H KALINER   mhkaliner@gmail.com, pa35@ecfcbis.com
        MICHAEL H KALINER   on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
        NATHALIE PAUL   on behalf of Creditor   KeyBank, N.A. npaul@weltman.com, PitEcf@weltman.com
        RICHARD N. LIPOW   on behalf of Debtor John   Stapleton richard@lipowlaw.com, ecflipow@gmail.com;r44824@notify.bestcase.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                        TOTAL: 7

WWR# 21401175

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>John Stapleton<br>　　　　　　　Debtor<br><br>KeyBank, N.A.<br>　　　　　　　Movant | CASE NO. 17-17793-amc<br>CHAPTER 7<br><br>**Hearing Date: 03/26/2018**<br>**Hearing Time: 11:00 am** |

## ORDER

AND NOW, this __26th__ day of __March__, 2018, upon failure of the Debtor to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED and DECREED that:

KeyBank, N.A. be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral a: 2005 Caparral Cabin Cruiser, Serial # FGBF1687J405 and 2005 EZ-Loader Trailer VIN# 1ZEADRTG45A015962

_____/s/ Ashely_____
HONORABLE Ashely M. Chan
U.S. BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Nathalie Paul, 170 S. Independence Ave, Suite 874 W, Philadelphia, PA 19106

Debtor:
John Stapleton, 44 Surrey Way, Exton, PA 19341

Debtor's Counsel:
Richard N. Lipow, 629 Swedesford Road, Malvern, PA 19355

Trustee:
Michael H Kaliner, 350 South Main Street, Suite 105, Doylestown, PA 18901

United States Trustee:
United States Trustee, 833 Chestnut St., Suite 500, Philadelphia, PA 19107