# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: John Stapleton | Debtor(s) | CHAPTER 7 |
| Ditech Financial LLC | Movant | NO. 17-17793-amc |
| vs. | | |
| John Stapleton | Debtor(s) | 11 U.S.C. Section 362 |
| Michael H. Kaliner | Trustee | |

## ORDER

AND NOW, this 9th day of April, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 16 Acres Avenue, West Yarmouth, MA 02673 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: April 9, 2018**

Ashely M. Chan
United States Bankruptcy Judge

John Stapleton
44 Surrey Way
Exton, PA 19341-1640

Richard N. Lipow
Lipow Law Office
629 Swedesford Road
Malvern, PA 19355

Michael H Kaliner
Michael H. Kaliner Trustee
350 South Main Street
Suite 105
Doylestown, PA 18901

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532