United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Stapleton  
    Debtor

Case No. 17-17793-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Apr 09, 2018  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2018.  
db          John Stapleton,    44 Surrey Way,    Exton, PA   19341-1640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2018 at the address(es) listed below:

       KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
       MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com  
       MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com  
       NATHALIE PAUL    on behalf of Creditor    KeyBank, N.A. npaul@weltman.com, PitEcf@weltman.com  
       RICHARD N. LIPOW    on behalf of Debtor John Stapleton richard@lipowlaw.com, ecflipow@gmail.com;r44824@notify.bestcase.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                         TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | | |
|---|---|---|
| IN RE: John Stapleton | Debtor(s) | CHAPTER 7 |
| Ditech Financial LLC<br><br>vs. | Movant | NO. 17-17793-amc |
| John Stapleton | Debtor(s) | 11 U.S.C. Section 362 |
| Michael H. Kaliner | Trustee | |

## ORDER

AND NOW, this 9th day of April, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 16 Acres Avenue, West Yarmouth, MA 02673 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: April 9, 2018**

Ashely M. Chan
United States Bankruptcy Judge

John Stapleton
44 Surrey Way
Exton, PA 19341-1640

Richard N. Lipow
Lipow Law Office
629 Swedesford Road
Malvern, PA 19355

Michael H Kaliner
Michael H. Kaliner Trustee
350 South Main Street
Suite 105
Doylestown, PA 18901

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532